NORMAN DEAN *v.* ALEX FILIPOWICH ET AL.
(7965)

SPALLONE, O'CONNELL and FOTI, Js.

Argued February 2—decision released February 8, 1990

*Benson A. Snaider,* with whom, on the brief, was *Margaret G. Dean,* for the appellant (plaintiff).

*John W. Colleran,* for the appellees (named defendant et al.).

*Richard J. Buturla,* for the appellees (defendant Sol Silverstein et al.).

PER CURIAM. In this appeal, the plaintiff attacks the factual findings of the trial court and faults the court's exercise of its discretionary powers.

Our review of the record fails to disclose that the trial court's factual findings were clearly erroneous in view of the evidence and pleadings in the whole record, or that the decision is otherwise erroneous in law. Practice Book § 4061.

There is no error.